Exhibit 3

makes the major part of CPSC 327. Students still need to read instructions and practice. Students can get help from me through e-mails as usual. Actually I already exchanged several e-mails to help students out last night.

The student is expecting ZOOM session. ZOOM is real-time teleconferencing application. That means all students need to participate the session at the same time. How can he force the whole class to do something just because of his impractical expectation? Let a lone it is against the practice of online courses. The student mentioned two other courses are taking the similar approach. Apparently I am not the only professor taking this proper approach for distance learning. He is just showing his frustration while singling me out. Obviously, the idea comes from the baseless complaint filed the students last semester. I did not cause the pandemic. The order to convert face-to face courses to online courses was issued by the Chancellor and the Governor. The approach adopted by me conforms to the guidelines provided by SRU's distance education certification program. It is time to educate students to adapt to and be responsible for their own situation. They need to learn to adapt to any kind of environment and change. Don't always blame their frustration or failure to professors or somebody else. They are not going to learn or cope with the community if they maintain that kind of attitudes.

Yili Tseng, Ph.D.
Assistant Professor
ATS 248
Department of Computer Science
Slippery Rock University
Slippery Rock, PA 16057
724-738-2429
E-mail: yili.tseng@sru.edu

---

**From:** Zieg, Michael J. <michael.zieg@sru.edu>
**Sent:** Tuesday, March 31, 2020 4:11 PM
**To:** Tseng, Yili <yili.tseng@sru.edu>
**Cc:** Thangiah, Sam <sam.thangiah@sru.edu>
**Subject:** Student Concern

Dear Dr. Tseng,

A student in your class has contacted President Behre with a concern about your CPSC 327 class. The entire message was:

"Good morning Dr. Behre. I am writing in concern of the administration and security class Dr. Tseng teaches each Monday Wednesday Friday. I understand we are in crazy times and online teaching is a necessity. However the students were advised yesterday that all the power points are online for the remainder of the semester and there will be quizzes. Wednesday classes will not be held. From the sounds of it and I may be wrong, the students are to read the PowerPoint take the quizzes and there is no actual teaching involved. I have heard this before the pandemic, so I am going to listen in on the next class to make sure I am correct. Students should not have to learn from a PowerPoint or simply watch him read it. Similarly, two other courses on Tuesday did not have a zoom class. Instead, assignments to do on their own and quizzes to take. Will there be no formal teaching required by these teachers? I feel like the quality of the teaching presented is seriously declining with no recourse. Thank you for listening to my concern and stay safe."

To be clear, is this student correct that there will be no teaching involved in the class beyond the posting of powerpoints? Given the issues from last semester, this student's message is concerning to me. If you were planning on incorporating other instructional techniques, please be sure that the students understand how you

will be teaching the course beyond the posting of powerpoints and quizzes.  I understand that not everyone will choose to use Zoom for lecturing, and I do not presume to tell you how best to teach the material in your course.  However, it is your professional responsibility to teach this course in the format designated (now online) and to provide your students with a high-quality educational experience.  Because many of the students will not have previously taken online classes, they may require more explanation of exactly how you will be conducting your class, and so clearly communicating methodologies and expectations is key.

Please respond at your earliest convenience with your response to these concerns.

Thank you,

Michael

Dr. Michael Zieg
Interim Dean, College of Health, Engineering and Science