Case 2:20-cv-01121-CRE   Document 1-3   Filed 07/27/20   Page 1 of 1

Exhibit 4

CPSC-300-01 - Challenges of Computer Tech

Course Home | Content | Dropbox | Discussions | Grades | Quizzes | Classlist | Groups | More ∨ | Edit Course

Content | Manage Files | Course Builder

Location: content » enforced1 » 2570457-10109.201909

/content/enforced1/2570457

Hide Tree | New File | New Folder | Paste | Upload

| Name | Size | Type | Last Modified Date ▲ |
|---|---|---|---|
| CPSC300 syllabus Fall19.docx | 74.66 KB | Word Document | Aug 26, 2019 8:53 PM |
| Baase_Henry_GoF5e_Ch1.pptx | 1.02 MB | PowerPoint Presentation | Aug 29, 2019 1:52 PM |
| Baase_Henry_GoF5e_Ch2.pptx | 1.67 MB | PowerPoint Presentation | Sep 19, 2019 1:57 PM |
| Chap. 3 freedom of speech.ppt | 2.35 MB | PowerPoint Presentation | Oct 1, 2019 1:38 PM |
| Chap. 4 Intellectual Property.ppt | 1.85 MB | PowerPoint Presentation | Oct 4, 2019 1:48 PM |
| Chap. 5 Crime.ppt | 1.39 MB | PowerPoint Presentation | Oct 16, 2019 11:25 AM |

William Huber