*Exhibit 5*

# Computer Science- CpSc 300
# Challenges of Computer Technology

Slippery Rock University

*Fall 2019*

This document provides the course description and outlines the learning outcomes. In addition, it defines the policies used during the semester. Please note that this document is subject to change. Any and all changes will be noted and provided in D2L.

## BASIC INFORMATION

| | |
|---|---|
| Course title: | Challenges of Computer Technology |
| Course designator: | CpSc 300 |
| Number of credits: | 3 |
| Term and year: | Fall 2019 |
| Department: | Department of Computer Science |
| Instructor's name: | Dr. Yili Tseng |
| Office location: | ATS 248 |
| Office hours: | Tue. 3:15-4:15 PM |
| | Wed. & Fri. 12:00 – 2:00 PM |
| | or by appointment |
| Contact Information | Phone: (724) 738-2429 |
| | Email: yili.tseng@sru.edu |
| Course prerequisites: | none |

## BRIEF DESCRIPTION OF THE COURSE

An in-depth study of the critical issues related to the computerization of society. Ethical, legal, and moral issues raised by the evolution of computer technology will be discussed. 3.000 Credit hours, 3.000 Lecture hours

## COURSE LEARNING OUTCOMES

This course and its outcomes support the Information Systems Learning Outcomes of Problem Solving and Critical Thinking (PS&CT), Communication and Interpersonal Skills (C&IS), and Ethical and Professional Responsibilities (E&PR). These Information Systems Learning Outcomes are tied directly to the University Wide Outcomes of Critical Thinking and Problem Solving, Communication, and Values and Ethics.

PROGRAM OBJECTIVES ASSESSED IN CPSC 300

| Learning Outcomes | Assessed Course Objectives |
|---|---|
| C & IS b. Use written, oral, and electronic communication to convey technical information effectively<br><br>LS. Locate, synthesize, and evaluate information to make thoughtful decisions | 1. Locate, synthesize and evaluate information to communicate the challenges posed by computer technology through written papers. |
| C & IS b. Use written, oral, and electronic communication to convey technical information effectively | 2. Communicate the challenges posed by computer technology through oral reports. |
| C & IS d. Work cooperatively in teams and with others<br><br>LS. Evaluate problems using multiple viewpoints | 3. Evaluate and communicate the challenges posed by computer technology through classroom peer groups. |
| E & PR a. Determine the economic and organizational effects of information technology on global society<br><br>LS. Analyze a contemporary challenge from an ethical perspective. | 4. From an ethical perspective, discuss social, economic, legal, and ethical challenges concerning computer technology such as: privacy of electronic data, intellectual property rights, and copyright protection. |
| E & PR e. Recognize the need for continuing professional development | 5. Identify the importance of professional organizations in life-long career development. |

Additional Course Objectives include:
The student will be able to:
1. List the problems associated with the uses of computer technology in our global society and identify possible solutions to these problems.
2. Identify the factors affecting security in information systems and the techniques involved in disaster planning and recovery.
3. Identify the legal issues surrounding privacy of electronic data, and involving electronic information and software management.
4. Identify the main components of the ACM Code of Ethics.
5. Recognize the need for continuing professional development.

**This is a Goal Course in the Challenges of the Modern Age area of the Liberal Studies Program.**

## TEXT AND MATERIALS

| | |
|---|---|
| Textbook Title (Recommended): | Gift of Fire, A: Social, Legal, and Ethical Issues for Computing Technology |
| ISBN: | 978-0134615271 |
| Edition: | Fifth Edition |
| Publisher: | Pearson |
| Available: | Online and Bookstore |

## REFERENCES

Michael J. Quinn, "Ethics for the Information Age", 2011

Understanding Computers in a Changing Society, 3rd Edition, Deborah Morley, Course Technology, 2009

## COURSE OUTLINE

| Textbook Chapter | Topics Covered |
|---|---|
| Ch. 1 | The ubiquity of Computers and rapid Pace of Change, |
| Ch. 2 | Legal & Privacy Issues: New Technology, New Risks, Big Brother is watching You |
| Ch. 3 | Freedom of Speech & Censorship: Changing Communication Paradigms |
| Ch. 4 | Intellectual Property Rights and Ethics |
| Ch. 5 | Security & Computer Crime: Hacking, Identity Theft, Scams |
| Ch. 6 | Computers in the Workplace: the Impact on Employment, the Environment, Employee Crime, Employee Monitoring |
| Ch. 8 | Errors, Failures, And Risk: Reliability & Safety |
| Ch. 9 | Professional Ethics And Responsibilities Of Everyone |

## ATTENDANCE POLICY

Regular attendance is expected. Excessive absences will have an effect on your grade. If a prolonged illness should cause you to miss several class periods, please call the instructor to discuss withdrawal from the class. If you do miss class, it is your responsibility to study assigned reading for that time period and to arrange to get class notes from other students.

## GRADING

Your grade consists of the following graded items:

| 1. | Assignments (4) | 30%. |
|---|---|---|
| 2. | Class participation (Discussion Board) | 20% |
| 3. | Midterm Exam | 15% |
| 4. | Project: Research Paper | 30% |
| 5. | Attendance | 5% |

The final grade is calculated by adding the number of points that the student earned divided by the total number of possible points. The following table gives the final conversion scale for course grades:

| Scale | Grade |
|---|---|
| 90 –100 % | A |
| 80 –89 % | B |
| 70 –79 % | C |
| 60 –69 % | D |
| 59% and below | F |

The instructor reserves the right to adjust the scale for course grades, if necessary. Contact the lecture instructor if you have any concerns about your performance in the course

## MISSED EXAMS / LATE WORK

The grade on an assignment will be dropped by 20% if not submitted on time. Assignments more than three days late are not accepted without a physician's statement.
    It is the student's responsibility a) to notify the instructor beforehand if he or she must miss an exam due to illness, or family emergency and b) to take the initiative in finding a time suitable to the instructor for a make-up exam. Make-up exams should be scheduled within one week following the original exam date

## ACADEMIC INTEGRITY

All academic work for this course must consist of your own work. See the University's statement on Academic Integrity

## REPORTING OBLIGATIONS OF FACULTY MEMBERS UNDER TITLE IX OF THE EDUCATION AMENDMENTS OF 1972

Slippery Rock University and its faculty are committed to assuring a safe and productive educational

environment for all students. In order to meet this commitment and to comply with Title IX of the Education Amendments of 1972 and guidance from the Office for Civil Rights, the University requires faculty members to report incidents of sexual violence shared by students to the University's Title IX Coordinator. The only exceptions to the faculty member's reporting obligation are when incidents of sexual violence are communicated by a student during a classroom discussion, in a writing assignment for a class, or as part of a University-approved research project. Faculty members are obligated to report sexual violence or any other abuse of a student who was, or is, a child (a person under 18 years of age) when the abuse allegedly occurred to the person designated in the University protection of minors policy. Information regarding the reporting of sexual violence and the resources that are available to victims of sexual violence is set forth at: http://www.sru.edu/Documents/offices/diversity/sru-protection-of-minors-policy.docx.

## COPYRIGHT PERMISSION & STATEMENT

**Copyright Permission:** By registering in this course you grant the SRU Computer Science Department permission to copy any of your work from the course for use in assessment or accreditation processes. Information that identifies you will be removed from such copies. The following statement is required of SRU faculty in order to comply with the TEACH Act, which modifies U.S. copyright law primarily to deal with the copyright implications of online education. The link to references is mine.

**Copyright Statement:** Students shall adhere to the laws governing the use of copyrighted materials. They must ensure that their activities comply with fair use and in no way infringe on the copyright or other proprietary rights of others. Additional information regarding copyright can be found here http://www.copyright.gov/ and information about fair use can be found here http://www.copyright.gov/help/faq/faq-fairuse.html.

## PLAGIARISM AND CHEATING

Absolutely no instances of academic dishonesty will be tolerated. Plagiarism of another's work or ideas taken from print or electronic media, whether in a research paper or in a computer program, will result in an "F" in the course. Similarly, cheating on an assignment (i.e. copying someone else's work or having someone else do part or entire assignment, doing it as a group), quiz, test, or exam will result in a grade of "F." If one student did the work and a second student copied it, both the students will fail the course. In addition, If you did an assignment/exam and do not know how to replicate it, it will be considered as cheating/plagiarism. Furthermore, any such instances will be reported to the Judicial Review and will result in suspension/expulsion from the University. Check the following link on the university policy on plagiarism and cheating  http://www.sru.edu/offices/student-conduct/code-of-conduct.