

Holly McCoy, J.D.
*Assistant Vice President for Diversity & Equal Opportunity*
*Title IX Coordinator*

Exhibit 2

008 Old Main
Slippery Rock, PA 16057-1326
724-738-2650
holly.mccoy@sru.edu

May 6, 2020

Dr. Yili Tseng
156 Lexington Drive
Cranberry Township, PA 16066

Dear Dr. Tseng:

The university has completed its investigation of the complaint that was filed against you by Madison Harris. The investigation did not substantiate a violation of the university's Harassment and Discrimination policy.

Very truly yours,

Holly M. McCoy
Assistant Vice President, Diversity and Equal Opportunity
Title IX Coordinator


cc:   Dr. Jerry Chmielewski, Interim Provost and Chief Academic Officer
      Dr. Michael Zieg, Interim Dean of the College of Health, Engineering and Science
      Ms. Lynne Motyl, Chief Human Resources Officer