Exhibit 3

7. Were there any witnesses to the alleged discrimination or harassment?

   _____ No                              __X__ Yes

   Name(s) of witness(es) _____

   Address(es) of witness(es) (if known): _____

   _____

   Phone number(s) of witness(es) (if known): _____

   _____

8. What specific events or facts can the witness(es) support? (Attach additional sheets if necessary.)

   Emails and documents sent to Holly McCoy on 11/19/19.

9. What remedy or remedies would resolve your complaint? (Attach additional sheets if necessary.)

   Fair/proper grading. Actual, filled out, grading rubrics. Stop the rude comments. Answer students questions.

10. Do you want this handled as an _____ informal or as a __X__ formal complaint?

I swear or affirm that the information I have given is true to the best of my knowledge, information and belief.

_____                         __12/9/19__
Signature                                              Date