Yili Tseng
156 Lexington Dr.
Cranberry Twp, PA 16066

Office of Clerk
Joseph Weis U.S. Courthouse
700 Grant St.
Pittsburgh, PA 15219





U.S. POSTAGE PAID
FCM LG ENV
CRANBERRY TOWNSHIP
16066
JUL 29, 20
AMOUNT
$1.60
R2305M147287-07

1000

15219