IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YILI TSENG, | ) | |
|     Plaintiff, | ) | 2:20-cv-01121-CRE |
| | ) | |
| v. | ) | |
| | ) | FILED |
| MADISON HARRIS, DOE 1, DOE 2, DOE 3, | ) | |
| DOE 4, DOE 5, DOE 6, DOE 7, DOE 8, DOE 9, | ) | AUG 12 2020 |
| DOE 10, DOE 11, DOE 12, DOE 13, DOE 14, | ) | |
| and DOE 15, | ) | CLERK U.S. DISTRICT COURT |
| | ) | WEST. DIST. OF PENNSYLVANIA |
|     Defendants, | ) | |

### RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Plaintiff responds to ORDER TO SHOW CAUSE. In fact, Plaintiff identified the names of two out of sixteen defendants, namely Madison Harris ("Harris") and Connie Lemke ("Lemke"), by the contents of the redacted joint complaint (Ex. 1 of Compl. (ECF No.1)). By "I am 100% uncertain with how I am even doing overall in this class and when I asked to know my grade, I was told not to worry about it." (p.5, Ex.1, Compl.)(Ex. 1) Plaintiff identified Lemke as she was the only student in the class that had inquired about grade status. Harris was identified by contents and her threat to Plaintiff before. Harris' address was known as shown on the intake form for the discrimination complaint (Ex. 2). Plaintiff did not name Lemke in Complaint because her residence address was unknown and Plaintiff was concerned that Complaint cannot be properly served without address. Plaintiff planned to name Lemke and other Defendants in the action once addresses of all Defendants are provided by Slippery Rock University ("SRU").

As shown on Lemke's Facebook page downloaded on August 7, 2020 (Ex. 3), she resides in Plainfield, Illinois. In order to be certain, Plaintiff also checked Lemke's LinkedIn account which shows she is a student of SRU who is surely a defendant in this lawsuit (Ex. 4). Plaintiff compared the personal photos posted by Lemke on Facebook (Ex.5) and LinkedIn (Ex. 6) and found that both persons are green-

1

eyed and have nose-rings on while their faces look the same. Clearly both accounts belong to the same Lemke. Therefore, Lemke is a citizen of Illinois. Plaintiff resides in Pennsylvania. The relief request is $605,000. Pursuant to 28 U.S.C. § 1332 (a) and (1), this Court has original jurisdiction of all civil actions. Hence, this case should not be dismissed for lack of jurisdiction.

    Plaintiff will amend the Complaint to name Lemke and all other Defendants after SRU provides names and addresses of all Defendants.

Dated: August 10, 2020

Respectfully submitted,

YILI TSENG, Ph.D.
156 Lexington Drive
Cranberry Township, PA 16066-3728
Cell: 336-918-1689
*Pro Se*

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on this 10th day of August, 2020, I have served the foregoing RESPONSE TO ORDER TO SHOW CAUSE by USPS 1st class mail on the following:

Madison Harris
1479 State Route 168
Georgetown, PA 15043-1090

*(signature)*

YILI TSENG, Ph.D.
156 Lexington Drive
Cranberry Township, PA 16066-3728
Cell: 336-918-1689
*Pro Se*

3