

Ex. 2

# SLIPPERY ROCK UNIVERSITY
## OFFICE OF DIVERSITY AND EQUAL OPPORTUNITY

### Discrimination/Harassment Complaint

(Please print)

1. Name: __Madison Harris__    Status:   Faculty ___
   Staff ~~X~~ _removed per email from M. Harris 12/_
   Local Address: __501 Cameron Dr, Slippery Rock, PA 16057__   Student __X__
   Other ___

   Phone Number(s): __724-413-7795__

   Permanent Address: __1479 State Route 168 Georgetown, PA 15043__

   Phone Number: _____

2. Alleged discrimination or harassment was based on: (Check those which apply.)

   ___ Race              ___ National Origin       ___ Disability

   ___ Color             ___ Religion              ___ Sexual Orientation

   _X_ Gender            ___ Age                   ___ Veterans Status

3. A. Have you filed this charge with a federal, state or local government agency?

   ___ Yes    When? _____
                     Month      Day      Year

   _X_ No

4. B. Have you instituted a suit or court action concerning this charge?

   ___ Yes    When? _____
                     Month      Day      Year

   _X_ No