2020/8/7    Ex. 3    (2) Connie Lemke

Connie Lemke    Yili   Home   Create

## Connie Lemke

[ Add Friend ]   [ Message ]

Timeline | About | Friends | Photos | More

### About

To see what she shares with friends, send her a friend request.   [ Add Friend ]

**Overview**
Work and Education
Places Lived
Contact and Basic Info
Family and Relationships
Details About Connie
Life Events

- No workplaces to show
- No schools to show
- Lives in Plainfield, Illinois
  From Joliet, Illinois
- Since 2016

### Photos

Connie's Photos   Albums

a few seconds ago

GROUP CONVERSATIONS