Ex. 4

 Search



# Connie Lemke · 1st

Teaching Assistant at Slippery Rock University of Pennsylvania

Greater Pittsburgh Area · 66 connections · Contact info

 Slippery Rock University of Pennsylvania
 Slippery Rock University of Pennsylvania

Message   More...

### Highlights

Yili, you're skilled in Teaching

You've both worked at Slippery Rock University of Pennsylvania
**Want to endorse Connie for Teaching?**

Skip    Endorse

Messaging

2020/8/7
Connie Lemke | LinkedIn
https://www.linkedin.com/in/connie-lemke-970985148/
1/4

Try Premium Free for 1 Month

### People Also Viewed

 **Azure J** · 3rd
Commur
Slippery

 **wanda** |
Medical |
Technolo

 **Kaylee** | · 3rd
Student,
Slippery

 **Wesley**
TLC Stud
Slippery

 **Debora** · 2nd
Professo
Rock Uni

 **Haley V**
Risk Mar
eis E