Ex. 5



Connie Lemke
2018年12月22日 ·

29

分享