2020/8/7            Connie Lemke | LinkedIn

Ex. 6

