FILED
AUG 21 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YILI TSENG, | ) | |
|     Plaintiff, | ) | 2:20-cv-01121-CRE |
| | ) | |
| v. | ) | |
| | ) | |
| MADISON HARRIS, DOE 1, DOE 2, DOE 3, | ) | |
| DOE 4, DOE 5, DOE 6, DOE 7, DOE 8, DOE 9, | ) | |
| DOE 10, DOE 11, DOE 12, DOE 13, DOE 14, | ) | |
| and DOE 15, | ) | |
| | ) | |
|     Defendants, | ) | |

## PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against Defendants, Madison Harris, Doe 1, Doe 2, Doe 3, Doe 4, Doe 5, Doe 6, Doe 7, Doe 8, Doe 9, Doe 10, Doe 11, Doe 12, Doe 13, Doe 14, and Doe 15 without prejudice.

Plaintiff is dismissing this action because this lawsuit does not meet the requirement of diversity jurisdiction as analyzed by Judge Eddy and will be brought to the State of Pennsylvania Court.

Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

Dated: August 21, 2020

                                                Respectfully submitted,

                                              */s/ Yili Tseng*

                                              YILI TSENG, Ph.D.
                                              156 Lexington Drive
                                              Cranberry Township, PA 16066-3728
                                              Cell: 336-918-1689
                                              *Pro Se*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 22nd day of August, 2020, I have served the foregoing PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT by USPS 1st class mail on the following:

Madison Harris
1479 State Route 168
Georgetown, PA 15043-1090

*(signature)*

YILI TSENG, Ph.D.
156 Lexington Drive
Cranberry Township, PA 16066-3728
Cell: 336-918-1689
*Pro Se*